UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |  |
|---|---|---|
| In Re: | ) | |
| AMR ELRAHIMY | ) ) ) ) ) | Case No: 23-11097-LSS (Chapter 7) |
| Debtor | ) | |
| GERARD R. VETTER ACTING UNITED STATES TRUSTEE for REGION 4, 6305 Ivy Lane, Suite 600 Greenbelt, MD 20770 | ) ) ) ) ) ) | Adversary Number: 24-00023 |
| Plaintiff | ) ) | |
| v. | ) ) | |
| AMR ELRAHIMY 25367 Lynwood Farm Court Clarksburg, MD 20871 | ) ) ) ) | |
| Defendant | ) ) ) | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters an appearance on behalf of Defendant, AMR ELRAHIMY ("Defendant") in the above captioned matter, and requests that the undersigned counsel be placed by the Clerk as counsel of record for this party, and that all notices given or required to be given and all papers served or required to be served in this case upon the Defendant be given to and served on the undersigned counsel at the address set forth below:

Jill Phillips, Esquire
The Phillips Law Offices, LLC
6301 Ivy Lane, Suite #700
Greenbelt, MD 20770

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes not only the notice and papers referenced in any applicable rules of procedure or Court, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by email, telephone, telex, electronic mail, or otherwise which affects or seeks to affect in any way the rights or interests of the Defendant.

Dated: February 23, 2024

        Respectfully Submitted,

        /s/ Jill L. Phillips, Esquire

        _____

        Jill L. Phillips, Esquire (#15223)
        The Phillips Law Offices, LLC
        6301 Ivy Lane: Suite 700
        Greenbelt, Maryland 20770
        (301) 494-4250
        jp@phillipslaweast.com

        Counsel for Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2024, a copy of the foregoing Notice was served:

via CM/ECF, upon the following parties:

**Lisa Yonka Stevens**    lisa.y.stevens@usdoj.gov

/s/ Jill Phillips

_____

Jill L. Phillips