Entered: May 23rd, 2024
Signed: May 23rd, 2024

**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re: | Case No.: 23–11097 – LSS<br>Chapter: 7 |
| **Amr Elrahimy**<br>Debtor | Motion/Adversary No.:<br>24–00023 |
| **U.S. Trustee**<br>Plaintiff | |
| vs. | |
| **Amr Elrahimy**<br>Defendant | |

### ORDER GRANTING
### MOTION TO SET ASIDE DEFAULT JUDGMENT

Upon consideration of the Motion to Set Aside Default Judgment filed by defendant, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Set Aside Default Judgment is hereby granted.

cc:   Plaintiff

   Attorney for Plaintiff – Lisa Yonka Stevens

   Defendant

   Attorney for Defendant – PRO SE

### End of Order

44x01 (rev. 06/19/1998) – ChristopherAdams