Entered: May 24th, 2024
Signed: May 24th, 2024

**DENIED**

Defendant has filed answer and default has been set aside. Motion for Default Judgment [Dkt. No. 23] is denied.



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**AMR ELRAHIMY,**<br><br>Debtor. | Case No. 23-11097-LSS<br>Chapter 7 |
| **GERARD R. VETTER**<br>**ACTING UNITED STATES TRUSTEE**<br>**for REGION 4**<br><br>Plaintiff,<br><br>v.<br><br>**AMR ELRAHIMY**<br><br>Defendant. | Adversary No.: 24-00023-LSS |

### DEFAULT ORDER DENYING DEBTOR'S DISCHARGE

UPON CONSIDERATION of the Complaint to Deny Discharge of Debtor ("Complaint") filed in the above-captioned adversary proceeding under 11 U.S.C. 727, the Defendant's failure to respond after proper service of the Complaint and Summons, and the entry of default entered by the Clerk of the Court, and the Motion of the United States Trustee for Judgment by Default, IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that Amr Elrahimy be and here is DENIED a discharge; and its further

ORDERED, that Amr Elrahimy shall not receive a discharge of debts pursuant to 11 U.S.C. §§ 727(a)(2), (a)(3), (a)(4), (a)(5), and (a)(7); and it is further

ORDERED, that all creditors be notified of the termination of the automatic stay against Amr Elrahimy, individually, and nothing herein effects the automatic stay as to acts against the property of the estate.

cc:

Lisa Yonka Stevens   Lisa.Y.Stevens@usdoj.gov

Amr Elrahimy
PO Box 1260
Clarksburg, MD 20871



END OF ORDER

2