**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>**AMR ELRAHIMY,**<br><br>Debtor. | **Case No. 23-11097-LSS**<br>**Chapter 7** |
| **GERARD R. VETTER**<br>**ACTING UNITED STATES TRUSTEE**<br>**for REGION 4**<br><br>Plaintiff,<br><br>v.<br><br>**AMR ELRAHIMY**<br><br>Defendant. | **Adversary No.: 24-00023-LSS** |

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on June 4, 2024, a true and correct copy of the United States Trustee's Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a) was sent electronically and mailed first class, postage prepaid to:

> Amr Elrahimy
> P.O. Box 745
> Clarksburg, Maryland 20871
> omar.elrahimy@gmail.com

Dated: June 4, 2024

**GERARD R. VETTER**
Acting United States Trustee, Region Four

By Counsel:

By: */s/ Lisa Yonka Stevens*
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov