

**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| **In re:**<br><br>**AMR ELRAHIMY,**<br><br>　　　　　Debtor. | **Case No. 23-11097-LSS**<br>**Chapter 7** |
| **GERARD R. VETTER**<br>**ACTING UNITED STATES TRUSTEE**<br>**for REGION 4**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**AMR ELRAHIMY**<br><br>　　　　　**Defendant.** | **Adversary No.: 24-00023-LSS** |

### CONSENT ORDER APPROVING AMR ELRAHIMY WAIVER OF DISCHARGE

UPON CONSIDERATION of Amr Elrahimy's Waiver of Discharge, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Amr Elrahimy's Waiver of Discharge be and hereby is APPROVED; and it is further

ORDERED, that Amr Elrahimy shall not receive a discharge of debts pursuant to 11 U.S.C.

§§ 727(a)(10); and it is further

ORDERED, that all creditors be notified of the termination of the automatic stay as to acts against Amr Elrahimy, individually, and nothing herein effects the automatic stay as to acts against property of the estate.

| | |
|---|---|
| /s/ Lisa Yonka Stevens<br>Lisa Yonka Stevens, Bar No. 27728<br>Trial Attorney<br>6305 Ivy Lane, Suite 600<br>Greenbelt, Maryland 20770<br>(301) 344-6216<br>Email: Lisa.Y.Stevens@usdoj.gov<br><br>*Counsel for Gerard R. Vetter*<br>*Acting United States Trustee for Region 4* | *Amr Elrahimy* (signature)<br>Amr Elrahimy,<br>*Pro se in Adversary Case 24-00023*<br><br><br><br><br><br>/s/ Kevin K. Shipe<br>Kevin K. Shipe, Bar No. 17437<br>3528 Worthington Blvd. #101<br>Frederick, MD 21704<br>(301) 874-9030<br>kshipe@shipebushlaw.com<br>*Counsel to Amr Elrahimy in Bankruptcy Case 23-11097-LSS only* |

**I HEREBY CERTIFY** that the terms of this Consent Order Approving Amr Elrahimy's Waiver of Discharge submitted to the Court are identical to those set forth in the original Consent Order Approving Amr Elrahimy's Waiver of Discharge; and that signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order Approving Amr Elrahimy's Waiver of Discharge.

                                        /s/ Lisa Yonka Stevens
                                        Lisa Yonka Stevens

cc:
Michael G. Campbell    mgcampbell@mmcanby.com
Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Steven H Greenfeld    steveng@cohenbaldinger.com, sgreenfeld@ecf.axosfs.com
Michael J. Klima    bankruptcy@peroutkalaw.com
Thomas Jonathan Kokolis    tkokolis@pskfirm.com
Alexander McDonald Laughlin    alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com;brad.jones@ofplaw.com;brad.jones2020@ecf.pacerpro.com
Margaret Marks    meg.marks@ofplaw.com
Jason S. Ordene    jordene@bregmanlaw.com, mgomes@wtplaw.com
Jeffrey M. Orenstein    jorenstein@wolawgroup.com

Michael A. Ostroff     mostroff@monterolawgroup.com,
mmontero@monterolawgroup.com;jwikram@monterolawgroup.com;jrodriguez@monterolawgroup.com;mostroffmlg@yahoo.com;ostroffmr93284@notify.bestcase.com;dmedina@monterolawgroup.com;KLopez@monterolawgroup.com
L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Parker Schnell     pschnell@oag.state.md.us
Kevin K. Shipe     bk@shipebushlaw.com, shannon@shipebushlaw.com;ShipeBush@jubileebk.net
Lisa Yonka Stevens     lisa.y.stevens@usdoj.gov
US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
Philip D. Ziperman     pziperman@oag.state.md.us

Amy Elrahimy
P.O. Box 745
Clarksburg, MD 20871

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Limitless Garage, Inc.
Attn: Levon Moosakhanian
10008 Blue Banner Drive
Germantown, MD 20876

Eileen D. Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872

**END OF ORDER**