# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**AMR ELRAHIMY,**<br><br>　　　　　**Debtor.** | **Case No. 23-11097-LSS**<br>**Chapter 7** |
| **GERARD R. VETTER**<br>**ACTING UNITED STATES TRUSTEE**<br>**for REGION 4**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　**v.**<br><br>**AMR ELRAHIMY**<br><br>　　　　　**Defendant.** | **Adversary No.: 24-00023-LSS** |

## LINE SUBMITTING STIPULATION AND CONSENT ORDER
## DISMISSING COMPLAINT TO DENY DISCHARGE OF DEBTOR

Gerard R. Vetter, Acting United States Trustee for Region 4 ("United States Trustee"), by

counsel, hereby submits the attached Stipulation and Consent Order Dismissing Complaint to

Deny Discharge of Debtor, which proposed stipulation and consent order has been uploaded for

the Court's consideration.

Dated:  August 8, 2024

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov

Counsel to Gerard R. Vetter
Acting United States Trustee for Region 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2024, I caused to be served a true and correct copy of the foregoing Line Submitting Proposed Stipulation and Consent Order Dismissing Complaint to Deny Discharge of Debtor by first-class postage prepaid to:

Amr Elrahimy
PO Box 745
Clarksburg, MD 20871

/s/ Lisa Yonka Stevens_____
Lisa Yonka Stevens

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **In re:** | |
| **AMR ELRAHIMY,** | **Case No. 23-11097-LSS**<br>**Chapter 7** |
| **Debtor.** | |
| **GERARD R. VETTER<br>ACTING UNITED STATES TRUSTEE<br>for REGION 4** | **Adversary No.: 24-00023-LSS** |
| **Plaintiff,** | |
| **v.** | |
| **AMR ELRAHIMY** | |
| **Defendant.** | |

**STIPULATION AND CONSENT ORDER DISMISSING
COMPLAINT TO DENY DISCHARGE OF DEBTOR**

Gerard R. Vetter, Acting United States Trustee for Region 4 ("United States Trustee"), by

counsel, and Amr Elrahimy ("Debtor"), pro se, stipulate and agree as follows:

1.    The United States Trustee filed a Complaint to Deny Discharge of the Debtor

under 11 U.S.C. §727(a)(2), (3), (4), (5), and (7) (the "Complaint") on January 25, 2024.

2.    Debtor filed an Amended Answer to the Complaint on May 22, 2024.

3.    Debtor has waived his discharge.   The Waiver of Discharge was entered in the adversary case on August 2, 2024.   Dkt. No. 48.

4.    The Court entered the Consent Order approving the Waiver of Discharge on August 6, 2024.   Dkt. No. 49.

5.    The United States Trustee is voluntarily dismissing the Complaint against Amr Elrahimy.

IT IS THEREFORE, for the United States Bankruptcy Court for the District of Maryland hereby:

ORDERED that the Complaint be and hereby is DISMSSED.

READ AND CONSENTED TO:

| | |
|---|---|
| *Amr Elrahimy* | /s/ Lisa Yonka Stevens |
| Amr Elrahimy, *pro se* | Lisa Yonka Stevens, Bar No. 27728 |
| P.O. Box 745 | Trial Attorney |
| Clarksburg, MD 20871 | Office of the United States Trustee |
| Debtor/Defendant | 6305 Ivy Lane, Suite 600 |
| | Greenbelt, Maryland 20770 |
| | (301) 344-6216 |
| | Lisa.Y.Stevens@usdoj.gov |
| | |
| | Counsel to Gerard R. Vetter |
| | Acting United States Trustee for Region 4 |

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Lisa Yonka Stevens
Lisa Yonka Stevens

cc:
Lisa Yonka Stevens:  lisa.y.stevens@usdoj.gov

Amr Elrahimy
P.O. Box 745
Clarksburg, MD 20871

**END OF ORDER**